IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23–CR–117 |
| vs. | ORDER |
| ALEXZANDRA BLANCO, | |
| Defendant. | |

Before the Court is the defendant's renewed Motion to Continue Trial, Filing 144, and the Government's Oral Motion to Continue Trial. In an Order filed on December 26, 2024, the Court denied the defendant's Motion to Continue to the extent that a later date was sought, noting the numerous extensions that had previously been granted to the defendant. Filing 145. However, the Court granted the defendant's Motion to the extent that a new trial date would be given to accommodate defense counsel, who indicated that he would be required to attend funeral services during the previously scheduled trial. Filing 145. The Court ultimately ordered that this case would proceed to trial on January 7, 2025, and set the pretrial submission deadline for December 31, 2024, seven days before trial. Filing 146.

Subsequently, on December 30, 2024, the Government requested a hearing on the dates and deadlines in this case, and the Court held a telephonic hearing that same day. During the hearing, the Government made an oral Motion to Continue Trial, indicating that the Government would not be able to meet the pretrial submission deadline, and the defendant renewed her previously denied Motion to Continue Trial, Filing 144, for the same reasons stated in that Motion.

Because the Court determined that the ends of justice served by continuing the trial in this matter outweighed the best interest of the public and the defendant in a speedy trial, the Court ultimately granted the parties' Motions to Continue. The defendant indicated in her Motion to

1

Continue that defense counsel must attend funeral services for a close relative shortly after trial was scheduled to begin in this matter. Filing 144. The defendant also indicated that further discovery was needed to adequately prepare her defense for trial, and that the parties are working toward a plea agreement in the meantime. Filing 144 at 1. In addition, defense counsel indicated that he has an 8-10 day state court jury trial scheduled to begin on January 21, 2025. Filing 144 at 1. Finally, the defendant advised in her Motion that she "fully understands her speedy trial rights and absolutely consents to this motion and feels it is in her best interests and requests the court to grant this motion." Filing 144 at 2. Therefore, because the ends of justice served by a continuance outweigh the interest in a speedy trial in this matter, the speedy trial time shall toll during the length of this continuance under 18 U.S.C. § 3161(h)(7).

The Court notified the parties that, in light of the numerous extensions and continuances already granted to the defendant, the deadline for submission of a plea agreement is January 10, 2025. If the plea is not accepted or consummated, trial will begin on February 4, 2025. Accordingly,

IT IS ORDERED:

1. The defendant's renewed Motion to Continue, Filing 144, is granted;
2. The Government's Oral Motion to Continue Trial is granted; and
3. Any plea agreement in this case shall be submitted no later than January 10, 2025; and
4. This case shall proceed to trial on February 4, 2025.

Dated this 31st day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2